

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00974-CV

**IN THE INTEREST OF L.G.**, J.G., and J.G., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1222-CV-D
Honorable Robin V. Dwyer, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Monica Gallegos.

SIGNED May 29, 2019.

_____
Patricia O. Alvarez, Justice